IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMAR LACOBLY ALSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:19-cr-356-1 |
| v. | ) | 1:22-cv-279 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

This matter is before the court for review of the Recommendation ("Recommendation") filed on November 25, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 58). The Recommendation was served on the parties in this action on November 25, 2024. (Doc. 59.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 58), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 46), and "Motion for Non-Binding Judicial Recommendation Pursuant to 18 U.S.C. § 3621(b)," (Doc. 57), are **DENIED** and this action is **DISMISSED**. The court further finds

there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of January, 2025.

/s/ William L. Osteen, Jr.
United States District Judge